# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edward T Hernandez, | No. CV-25-00449-TUC-SHR (LCK) |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, | |
| Defendant. | |

Before the Court is a Report and Recommendation ("R&R") (Doc. 36) issued by United States Magistrate Judge Lynette C. Kimmins recommending the Court enter an order granting Defendant's Motion to Compel Arbitration (Doc. 26) and stay the case while the parties engage in arbitration. Neither party objects to the R&R.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *see also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

After independent review, the Court is satisfied Judge Kimmins' recommendation is sound.  The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** the R&R (Doc. 52) is **ADOPTED IN FULL**.

**IT IS FURTHER ORDERED** Defendant's Motion to Compel Arbitration (Doc. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** this case is **STAYED** while the parties engage in arbitration.

Dated this 7th day of May, 2026.

Honorable Scott H. Rash
United States District Judge